# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3466

_____

|  |  |  |
|---|---|---|
| Henry A. Stiner, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Poulan Weed Eater, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 7, 2000
Filed: March 14, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Henry A. Stiner appeals the District Court's[1] adverse grant of summary judgment in his failure-to-hire case under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213 (1994 & Supp. III 1997), and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634 (1994 & Supp. III 1997).

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

Having carefully reviewed the record and the parties' arguments, <u>see</u> <u>Young v. Warner-Jenkinson Co.</u>, 152 F.3d 1018, 1021 (8th Cir. 1998) (standard of review), we agree with the District Court that Stiner failed to establish a prima facie case of age or disability discrimination or of retaliation, <u>see</u> <u>Fjellestad v. Pizza Hut of Am., Inc.</u>, 188 F.3d 944, 948 (8th Cir. 1999) (ADA); <u>Schlitz v. Burlington N.R.R.</u>, 115 F.3d 1407, 1412 (8th Cir. 1997) (ADEA); <u>Cossette v. Minnesota Power & Light</u>, 188 F.3d 964, 972 (8th Cir. 1999) (retaliation). We also find Stiner's challenges to numerous District Court orders meritless.

Because our review involves the application of established principles of law and an extended discussion would serve no useful purpose, we affirm without additional comment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT..